IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GERALD PIPPINS**                                                                                          **PLAINTIFF**

**v.**                               **CASE NO. 4:13CV00012 BSM**

**RAVEN SERVICES CORPORATION**                                                **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 11], this case is dismissed with prejudice and each party shall bear its own fees and costs.

IT IS SO ORDERED this 20th day of February 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE