IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GERALD PIPPINS**                                                                                     **PLAINTIFF**

v.                              **CASE NO. 4:13CV00012 BSM**

**RAVEN SERVICES CORPORATION**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 20th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE